# Court of Appeals
# of the State of Georgia

ATLANTA,  August 09, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0075. DUERFELDT v. THE STATE.

The Appellant has filed a Motion to Remand, claiming that he was denied effective assistance of counsel during the pendency of this case and that because he did not have an opportunity to raise this issue prior to this time, he has not waived this issue for appellate consideration.

We hereby **GRANT** the motion and order that this case be **REMANDED** to the trial court to allow the Appellant to file a motion for new trial raising his ineffective assistance of counsel claim(s). If the trial court determines that the Appellant was denied effective assistance of counsel, then the Appellant shall be entitled to a new trial; however, if the trial court determines that the Appellant was not denied effective assistance of counsel, then the Appellant is entitled to file a notice of appeal within 30 days of the date of the entry of any adverse order.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/09/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*